# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHARON JARVIS, an individual;<br>KATRICIA CLOES, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>CITY OF MESQUITE, dba<br>MESQUITE POLICE DEPARTMENT,<br>a political subdivision of the STATE<br>OF NEVADA; CHIEF OF POLICE<br>DOUGLAS LAW, an individual;<br>LT. SHANE CHARLES, an individual;<br>KIRT HUGHES, an individual,<br><br>　　　　　Defendants. | 2:09-CV-00851-PMP-GWF<br><br>**ORDER** |

The Court having read and considered Plaintiffs' fully briefed Special Motion to Dismiss/Strike Defendants' Counter-Claim (Doc. #42), and further having considered the arguments of counsel presented at the hearing conducted on April 27, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiffs' fully briefed Special Motion to Dismiss/Strike Defendants' Counter-Claim (Doc. #42) is **DENIED**.

DATED: April 28, 2010.

_____
PHILIP M. PRO
United States District Judge