UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON JARVIS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF MESQUITE d/b/a MESQUITE ) <br> POLICE DEPARTMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  2:09-cv-00851-PMP-GWF <br><br> **ORDER** <br><br> Motion for Leave to Conduct FRCP 35 <br> Mental Examination (#105) |

This matter came before the Court for a hearing on Defendant Kirt Hughes Motion for Leave to Conduct FRCP 25 Mental Examination (#105), filed June 13, 2011.  As noted in the Minutes of Proceedings (#104),

**IT IS HEREBY ORDERED** Defendant's Motion for Leave to Conduct FRCP 25 Mental Examination (#105) is **granted**.  The Rule 35 examination scheduled for June 24, 2011 shall go forward as scheduled.

**IT IS FURTHER ORDERED** that Defendants shall pay the reasonable travel expenses, including reasonable lodging if necessary, for Plaintiff Katricia Cloes related to the Rule 35 examination.

**IT IS FURTHER ORDERED** that the Rule 35 examiner's report shall be due on or before **July 6, 2011**.  Upon receipt, defense counsel shall provide a copy of the examiner's report to Plaintiff's counsel.  Plaintiff shall designate a rebuttal expert on or before **August 8, 2011**.  All expert discovery, including any depositions, shall be completed on or before **September 8, 2011**.

DATED this 23rd day of June, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**