**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| SHARON JARVIS, et al., | ) | 2:09-CV-00851-PMP-GWF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| CITY OF MESQUITE POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff Katricia Cloes' Motion for FRCP 54(b) Certification (Doc. #128) is hereby **GRANTED** with respect to this Court's Order and Judgment (Docs. #121 & 122) entered February 23, 2012..

DATED:  April 9, 2012.

PHILIP M. PRO
United States District Judge