1
2
3
4
5        **UNITED STATES DISTRICT COURT**
6            **DISTRICT OF NEVADA**
7                  * * *
8    SHARON JARVIS, et al.,              )        2:09-CV-00851-PMP-GWF
                                         )
9                     Plaintiffs,        )
                                         )
10   vs.                                 )        **ORDER**
                                         )
11                                       )
                                         )
12   CITY OF MESQUITE POLICE             )
13   DEPARTMENT, et al.,                 )
                                         )
14                                       )
                    Defendants.          )
15   _____    )

16        **IT IS ORDERED that** Plaintiff Katricia Cloes' Motion for FRCP 54(b)

17   Certification (Doc. #128) is hereby **GRANTED** with respect to this Court's Order

18   and Judgment (Docs. #121 & 122) entered February 23, 2012..

19

20   DATED:  April 9, 2012.

21

22                                        _____
23                                        PHILIP M. PRO
                                          United States District Judge
24

25

26