UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KATRICIA CLOES,

        Plaintiff(s),

        vs

CITY OF MESQUITE, et al.,

        Defendant(s).

Case # 2:09-CV-851-PMP-GWF

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the calendar on **Tuesday, December 4, 2012,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

DATED this 30th day of May, 2012

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE