# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATRICIA CLOES, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs | ) Case # 2:09-CV-851-PMP-GWF |
| | ) |
| CITY OF MESQUITE, et al., | ) |
| | ) ORDER REFERRING CASE FOR |
| Defendant(s). | ) SETTLEMENT CONFERENCE |
| | ) |

This case is currently stacked on the calendar on **Tuesday, December 4, 2012,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

DATED this 30th day of May, 2012

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE