1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  POTTER LAW OFFICES
   1125 Shadow Lane
3  Las Vegas, Nevada 89102
   Ph: (702) 385-1954
4  Fax: (702) 385-9081

5  JOHN T. KELLEHER, ESQ.
   Nevada Bar No. 6012
6  KELLEHER & KELLEHER, LLC
   807 South Seventh Street
7  Las Vegas, Nevada 89101
   Ph: (702) 384-7494
8  Fax: (702) 384-7545
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATRICIA CLOES, an individual; | |
| Plaintiffs, | CASE NO.: 2:09-cv-00851-PMP-GWF |
| vs. | |
| CITY OF MESQUITE, dba MESQUITE POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; KIRT HUGHES, an individual; JOHN DOES I through X, inclusive, | |
| Defendants. | |

**PLAINTIFF'S MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST**

COMES NOW, Plaintiffs, KATRICIA CLIES, by and through her attorneys of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and JOHN T. KELLEHER, ESQ. and hereby

///
///
///
///
///

1 requests that the Court remove from the list of counsel to be noticed, John C. Funk, Esq. as he is
2 no longer employed with Potter Law Offices.
3      DATED this 27th day of September, 2012.

                                     POTTER LAW OFFICES

                                     By   /s/ Cal J. Potter, III, Esq.
                                     CAL J. POTTER, III, ESQ.
                                     Nevada Bar No. 1988
                                     1125 Shadow Lane
                                     Las Vegas, Nevada  89102
                                     *Attorney for Plaintiff*

     IT IS SO ORDERED.

                      _____
                      PHILIP M. PRO
                      UNITED STATES DISTRICT JUDGE

                      Dated:  September 28, 2012.