CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081

JOHN T. KELLEHER, ESQ.
Nevada Bar No. 6012
KELLEHER & KELLEHER, LLC
807 South Seventh Street
Las Vegas, Nevada 89101
Ph: (702) 384-7494
Fax: (702) 384-7545
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

•••••

| | |
|---|---|
| KATRICIA CLOES, an individual; | )<br>) CASE NO.: 2:09-cv-00851-PMP-GWF |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF MESQUITE, dba MESQUITE POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; KIRT HUGHES, an individual; JOHN DOES I through X, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST**

COMES NOW, Plaintiffs, KATRICIA CLIES, by and through her attorneys of record, CAL POTTER, ESQ. of POTTER LAW OFFICES and JOHN T. KELLEHER, ESQ. and hereby

///

///

///

///

///

1  requests that the Court remove from the list of counsel to be noticed, John C. Funk, Esq. as he is
2  no longer employed with Potter Law Offices.
3      DATED this 27th day of September, 2012.

POTTER LAW OFFICES

By  /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada  89102
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2012.